**David P.R. Symes**, OSB No. 96135
dsymes@perkinscoie.com
**Renee E. Starr**, OSB No. 04423
rstarr@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

Attorneys for Qwest Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JANEL SAAB,**<br><br>         Plaintiff,<br><br>    v.<br><br>**WASHINGTON MUTUAL BANK,**<br><br>         Defendant. | No. 06-662 ST<br><br>**STIPULATION OF DISMISSAL** |

The above parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice and without costs or attorney's fees to any party.

DATED: March 19, 2007.

IT IS SO STIPULATED:

PERKINS COIE LLP

By: _____
David P.R. Symes, OSB No. 96135
Renee E. Starr, OSB No. 04423
1120 NW Couch St., 10th Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Attorneys for Defendant

DOLAN GRIGGS LLP

By: _____
Jonathan S. Ostar, OSB No. 034165
1130 SW Morrison Street, Suite 630
Portland, OR 97205
Telephone: (503) 228-7500

Attorneys for Plaintiff

53005-2004/LEGAL13098908.1

1-   STIPULATION OF DISMISSAL

53005-2004/LEGAL13098908.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222